UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CURTIS CUTLER, | ) |
| *Petitioner*, | ) |
| vs. | ) CAUSE NO. 3:17-CV-477 RLM-MGG |
| WARDEN, | ) |
| *Respondent.* | ) |

OPINION AND ORDER

Respondent Warden's motion to seal documents filed in response to the court's show cause order on November 17, 2017 [Doc. No. 2]. Warden has shown good cause, supported by relevant authority, for his motion to seal his filing. Accordingly, the court GRANTS Warden's motion to seal [Doc. No. 8] his filing [Doc. No. 9].

SO ORDERED.

ENTERED:   September 12, 2018

                                                    /s/ Robert L. Miller, Jr.
                                                    Judge, United States District Court